**Stephen W. CARLSON, Appellant,**

v.

**AMERICAN EXPRESS FINANCIAL ADVISORS, INC., being sued as American Express Financial Advisors; American Express, parent company; Kelly Services, Appellees.**

**No. 05–3665.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 24, 2007.

Filed: July 26, 2007.

Stephen W. Carlson, St. Paul, MN, pro se.

Julie Anne Fleming–Wolfe, St. Paul, MN, Megan L. Anderson, Dean A. Ledoux, Gray & Plant, Minneapolis, MN, for Appellees.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Stephen Carlson appeals various rulings by the district court [1] culminating in the

United States Magistrate Judge for the District of Minnesota.

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minne-

dismissal with prejudice of his employment lawsuit. Following careful de novo review, we conclude that defendants' motions for summary judgment were properly granted, and that none of the district court's other rulings were erroneous. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

sota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.